PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Jamal Shariff               Cr.: 07-CR-0844-01
                                              PACTS #: 48303

Name of Sentencing Judicial Officer: Faith S. Hochberg, U.S.D.J.

Date of Original Sentence: March 10, 2008

Original Offense: Using a Communication Facility to Facilitate a Drug Offense, 21 U.S.C. § 843 (b) and 18 U.S.C. § 2.

Original Sentence: 48 months imprisonment; One (1) year supervised release; $100 special assessment

**Type of Supervision: Supervised Release**               **Date Supervision Commenced: 02-25-11**

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number**     **Nature of Noncompliance**

1                         Shariff violated the special drug testing/treatment condition.

                          On July 28, 2011, Shariff reported to the Bridge Drug Treatment Program and provided a urine specimen which yielded positive results for morphine. He has adamantly denied using morphine or other drugs.

U.S. Probation Officer Action: This officer met with the offender and admonished him for his actions. He was instructed not to take drugs or medication that may not be prescribed to him. We will increase the urine monitoring and he will remain in the code-a-phone random urinalysis program until deemed appropriate by the probation office. This writer also recommends presentation of this document to Jamal Shariff as a formal reprimand, issued under the authority of the Court.

Respectfully submitted,
By: Luis R Gonzalez
Senior U.S. Probation Officer
Date: 8-12-11

*No Response is necessary unless the court directs that additional action be taken as follows:*

[X] Other - U.S. Probation Officer will present this document to the defendant as a formal written reprimand, issued with the approval and under the authority of the United States District Court.
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons

Signature of Judicial Officer

8/15/2011
Date